474 A.2d 674

Commonwealth v. Lehman, Appellant.

600

Argued February 7, 1984.
Carmela R.M. Presogna, Assistant Public Defender, for appellant; Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Judgment of sentence affirmed.

JOHNSON, J., concurred in the result.